THE STATE EX REL. BF GOODRICH COMPANY, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. BF Goodrich Co. v. Indus.
Comm.* (1998), 83 Ohio St.3d 337.]

(No. 97–2487—Submitted August 19, 1998—Decided October 14, 1998.)

---

*Vorys, Sater, Seymour & Pease, L.L.P., Elizabeth T. Smith* and *Randall W. Mikes,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Mary Ann O. Rini,* Assistant Attorney General, for appellee Industrial Commission.

*Barkan & Neff* and *Robert E. DeRose,* for appellee Wanetta Hamilton.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.